IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CAROLYN BROWN
*on behalf of J.K.A.*                                                                              PLAINTIFF

V.                                                                                 NO. 3:16cv00103-MPM-JMV

CAROLYN W. COLVIN
*Acting Commissioner of Social Security*                                    DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds the Report and Recommendations of the United States Magistrate Judge dated June 20, 2016, was on that date duly served upon counsel for Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated June 20, 2016, is hereby approved and adopted as the opinion of the Court.

2. That the motion [2] to proceed *in forma pauperis* is DENIED without prejudice to Plaintiff's right to pay the full amount of the filing fee within 30 days of the date of this order.

3. That this action will be dismissed should Plaintiff fail to timely pay the filing fee.

**THIS**, the 25th day of July, 2016.

                                                                       **/s/ MICHAEL P. MILLS**
                                                                       **UNITED STATES DISTRICT JUDGE**
                                                                       **NORTHERN DISTRICT OF MISSISSIPPI**